IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERMAN B. CRUTCHER, | : | Civil No. 3:21-cv-287 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| E. BRADLEY, WARDEN, | : | |
| Respondent | : | |

**FILED SCRANTON**
**OCT 13 2021**
PER _____ DEPUTY CLERK

## ORDER

**AND NOW**, this 8th day of October, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge